DEARMAN v. BRUNS

No. 98 PC.

Case below: 11 N.C. App. 564.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.


EVANS v. EVANS

No. 112 PC.

Case below: 12 N.C. App. 17.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.


EVANS v. EVANS

No. 83.

Case below: 12 N.C. App. 17.

Motion of counsel for defendant to dismiss appeal for lack of substantial constitutional question allowed 7 September 1971.


IN RE DOE

No 81.

Case below: 11 N.C. App. 560.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971. Appeal dismissed *ex mero motu* for lack of substantial constitutional question 7 September 1971.


IN RE LEWIS

No. 113 PC.

Case below: 11 N.C. App. 541.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.